IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.    No. 3:19-MJ-077-BT

SANJAY NANDA

ORDER ON SECOND JOINT MOTION TO CONTINUE TIME TO INDICT

The Government and the Defendant, Sanjay Nanda, have jointly moved this Court a second time to continue for a period of 45 days the date by which an indictment must be filed in this case. For the reasons set forth in the Joint Motion, the Court GRANTS the Motion.

In accordance with 18 U.S.C. §§ 3161(h)(8)(B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interests of the public and the defendant in a speedy trial. In this regard, the Court has considered factors that indicate that its failure to grant this motion would result in the unnecessary expenditure of significant public and private resources, and a possible miscarriage of justice. Therefore, any period of delay resulting from this Order granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, it is ORDERED that the deadline for the government to file an indictment in this case is May 24, 2019.

Signed this April 16, 2019.

_____
HONORABLE REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE